**Order entered October 16, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01230-CV

### IN RE ALEX PERRY NEAL, Relator

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-84128-2019**

## ORDER

Before the Court are relator's October 8, 2019 motions for leave to supplement the record and to proceed in forma pauperis. Relator has filed an original habeas proceeding to contest his arrest in a criminal proceeding. Because this Court does not have jurisdiction over relator's case, we **DENY** relief on the motions.

/s/    DAVID L. BRIDGES
       JUSTICE